# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER HATCHEL | CIVIL ACTION NO. 5:21-3361 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TRINITY OPERATING (USG) LLC | MAGISTRATE JUDGE MCCLUSKY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Remand (Record Document 103) filed by Plaintiff Christopher Hatchel is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the First Judicial District Court for the Parish of Caddo, State of Louisiana.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th day of June, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE